UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISSA BROWN,<br><br>       Plaintiff,<br><br>   -against-<br><br>RICHARD TROVATO,<br><br>       Defendant. | 23-CV-9895 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **February 7, 2024** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 5, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: December 12, 2023
     New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    JESSICA G. L. CLARKE
                    United States District Judge