UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARISSA BROWN,<br><br>                    Plaintiff,<br><br>-against-<br><br>RICHARD TROVATO,<br><br>                    Defendant. | 23-CV-9895 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      On April 15, 2024, the Court stayed this case until June 14, 2024, to allow Defendant Richard Trovato to find new counsel. Because no new counsel has filed a notice of appearance, Defendant Trovato will be deemed to be proceeding *pro se*. The deadlines in the case management plan, *see* ECF No. 23, which the Court extended by 60 days, remain in effect. Thus, all fact discovery shall be completed no later than **August 2, 2024** and all expert discovery shall be completed no later than **September 16, 2024**. The parties shall submit the post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, no later than **August 9, 2024**. Additionally, no later than **September 23, 2024**, counsel for all parties must file a joint letter setting forth a proposed briefing schedule for any dispositive motions and motions to exclude testimony of experts pursuant to Federal Rules of Evidence 702–705 and the *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases.

      Plaintiff shall serve this Order on *pro se* Defendant no later than **June 24, 2024** and file proof of such service on the docket no later than **June 25, 2024**. Defendant must notify the Court in writing of his address no later than **June 28, 2024**.

Dated:  June 21, 2024
          New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge