```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  MARISSA BROWN,

                                Plaintiff,                                      **ORDER**

                -against-                                              **23-CV-9895 (JGLC)(KHP)**

  RICHARD TROVATO,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On September 23, 2024, the undersigned issued an order granting the Defendant access to Court facilities for the purposes of conducting depositions. ECF No. 58.

      Defendant shall be able to utilize Mediation Room No. 9, located in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, to conduct his depositions. The room will be available for his use, from 8:30 a.m. to 5:00 p.m. each day, on the following days: October 28, 29, 30 & 31, 2024; November 1, 4, 6, 7, 8, & 12, 2024.

**SO ORDERED.**

Dated: September 30, 2024
       New York, New York

                                                                       *Katharine H Parker*
                                                                       _____
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge

2