USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISSA BROWN,

                                Plaintiff,                        **POST-CONFERENCE ORDER**

      -against-                                                 **23-CV-9895 (JGLC)(KHP)**

RICHARD TROVATO,

                               Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     As discussed at the Case Management Conference held on October 8, 2024, the parties shall do as follows:

Defendant shall file his response to Plaintiff's motion for Plaintiff's deposition to be conducted via video conference by **October 15, 2024**.

All discovery deadlines shall be extended by 90 days as follows:

- Plaintiff shall produce her social worker records in redacted form by **January 17, 2025**.

- Affirmative expert reports are due by **February 7, 2025**.

- Rebuttal reports are due by **March 7, 2025**.

- Expert discovery shall be completed by **March 15, 2025**.

- The parties shall file a letter with a proposed briefing schedule on any contemplated motion for summary judgment or, alternatively, stating that they are ready for trial no later than **March 22, 2025**.

By **October 15, 2024**, Plaintiff shall provide Defendant with authorizations to obtain relevant documents from New York University, the New York Police Department, and Dr. Landau.

The parties shall file a joint status letter by **November 8, 2024**, updating the Court on the status of discovery.

**SO ORDERED.**

Dated:   October 9, 2024
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge