```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISSA BROWN,

                Plaintiff,

-against-

RICHARD TROVATO,

                Defendant.

23-CV-9895 (JGLC) (KHP)

**ORDER ON MOTION FOR A PROTECTIVE ORDER**

**Katharine H. Parker, United States Magistrate Judge:**

      On October 7, 2024, Plaintiff filed a Motion for a Protective Order requesting that Plaintiff's deposition be conducted via video conference, rather than in person. (ECF No. 69) On October 11, 2024, Defendant filed an Opposition to Plaintiff's Motion for a Protective Order requesting that Plaintiff's Motion for a Protective Order be denied and that Plaintiff be required to appear for an in-person deposition, as originally noticed. (ECF No. 72) Defendant has already agreed to conduct all depositions via video conference, except for Plaintiff's deposition.

      The Court has reviewed the parties' filings and finds that given the seriousness of the allegations and strong arguments in favor of taking Plaintiff's deposition in person to provide Defendant with an opportunity to adequately assess Plaintiff's credibility and demeanor, Plaintiff's Motion for a Protective Order is DENIED.

      However, given the sensitivity of the claims in this case, the Court will request the appointment of pro bono counsel for Defendant to appear for the limited purpose of taking Plaintiff's deposition in person at a conference room designated by the Clerk of Court at the United States District Court for the Southern District of New York located at 500 Pearl Street,

New York, New York 10007. Defendant is permitted to attend the deposition in person.

Plaintiff's deposition shall take place within 30 days of the appointment of pro bono counsel.

**<u>The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Defendant.</u>**

Dated:    New York, New York
          November 4, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge