```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  MARISSA BROWN,

                                     Plaintiff,                     **POST-CONFERENCE ORDER**

           -against-                                               23-CV-9895 (JGLC)(KHP)

  RICHARD TROVATO,

                                     Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 20, 2024, the parties appeared before the undersigned judge for a Case Management Conference. As discussed at the conference, Defendant shall make himself available for his deposition on **December 27, 2024**. Further, the parties shall file a joint status letter by **December 20, 2024**, updating the Court on the status of discovery.

      SO ORDERED.

Dated:     November 20, 2024
             New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge