```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARISSA BROWN,

                Plaintiff,

     -against-

RICHARD TROVATO,

                Defendant.
-----------------------------------------------------------------X

**POST-CONFERENCE ORDER**

**23-CV-9895 (JGLC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 27, 2025, the parties appeared before the undersigned for a Case Management Conference. As discussed at the conference and set forth below:

The deadline to take Plaintiff's deposition is extended to **April 15, 2025**.

All expert discovery deadlines are extended by 60 days. Affirmative expert reports are now due **by April 7, 2025**. Rebuttal reports are due **by May 7, 2025**. Expert discovery shall be completed **by May 15, 2025**.

The parties shall file a joint status letter **by February 27, 2025,** updating the Court on the status of discovery.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 88. Further, the Clerk of Court is also directed to mail a copy of this order to Defendant.**

      SO ORDERED.

Dated:    January 27, 2025
             New York, New York

                                                        */s/ Katharine H. Parker*
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge