```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  MARISSA BROWN,

                                    Plaintiff,            23-cv-9895 (PAE) (KHP)

                 -against-                                **ORDER REGARDING
                                                          DEPOSITION ROOM**
  RICHARD TROVATO,

                                    Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 23, 2024, the undersigned issued an order granting the Defendant access to Court facilities for the purposes of conducting depositions. (ECF No. 58) On March 10, 2025, limited counsel for Defendant requested access to a room at the courthouse to conduct Plaintiff's deposition. (ECF No. 109)

Defendant shall be able to utilize Mediation Room No. 7, located at the lower lobby of Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, to conduct his deposition of Plaintiff. The room will be available for his use from 10:00 a.m. to 2:00 p.m. on March 24, 2025.

**SO ORDERED.**

Dated: March 12, 2025
       New York, New York

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025