```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARISSA BROWN,

                                    Plaintiff,             POST-CONFERENCE ORDER

       -against-                                 23-CV-9895 (JGLC)(KHP)

RICHARD TROVATO,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     On April 21, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

     The parties shall file any Motions for Summary Judgment **by July 7, 2025**. Oppositions are due **by August 7, 2025**. Replies are due **by August 21, 2025**.

     Pro bono counsel for Trovato, who will be taking the deposition of Plaintiff on June 4, 2025 and of Dr. Greif on a mutually agreeable date, shall file a limited scope notice of appearance within one week of this Order.

     The parties shall file a joint status letter, updating the Court on the status of discovery and confirming the date of Dr. Greif's deposition **by May 12, 2025**.

     <u>**The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.**</u>

     **SO ORDERED.**

Dated: April 21, 2025
         New York, New York

                                                                    KATHARINE H. PARKER
                                                                     United States Magistrate Judge