UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISSA BROWN,

                              Plaintiff,

      -against-

RICHARD TROVATO,

                              Defendant.

**23-CV-9895 (JGLC) (KHP)**

**ORDER PRE-AUTHORIZING PAYMENT OF EXPERT FEES**

**Katharine H. Parker, United States Magistrate Judge:**

      On April 24, 2025, pro se Defendant filed a Letter Motion requesting that the Court waive the fees associated with taking Don Grief's deposition (Plaintiff's expert) because Defendant lacks the financial means to pay for the costs. (ECF No. 126) On April 28, 2025, Defendant filed a letter further substantiating his position and addressing claims made by Plaintiff regarding Defendant's ability to pay. (ECF Nos. 127-29) On May 6, 2025, the Court issued an order requesting further information from Defendant regarding his financial condition to evaluate his request. (ECF No. 131) On May 8, 2025, Defendant provided the Court with the information requested, including a sworn financial affidavit and estimate of the expert fees. (ECF Nos. 132-34) The Court has reviewed the filings and finds that Defendant has provided adequate justification for waiver of the expert fees. Therefore, the Court pre-approves Defendant's request and orders that the expert fees associated with the taking of the expert's deposition be paid from the Pro Bono Fund in an amount up to $5,000. Expert fees exceeding $5,000 shall be covered by Defendant.

      Defendant may find information regarding reimbursement of the expert fees from the Pro Bono Fund at: https://nysd.uscourts.gov/forms/pro-bono-fund-order.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 126.**

**SO ORDERED.**

Dated:   May 14, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge