UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARISSA BROWN,

                    Plaintiff,

    -against-

RICHARD TROVATO,

                    Defendant.

------------------------------------------------------------X

23-cv-9895 (PAE) (KHP)

**ORDER ON OVERPAYMENT FROM PRO BONO FUND**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 14, 2025, the Court pre-authorized the payment of expert fees associated with the taking of expert Dr. Don Greif's deposition to be paid from the Pro Bono Fund in an amount up to $5,000 and ordered that expert fees exceeding that amount be covered by Defendant. (ECF No. 137) On July 7, 2025, Plaintiff notified the Court that Dr. Don Greif was paid $1,360 in excess of the $5,000 authorized by the Court from the Pro Bono Fund and requested guidance on how to return the excess amount to the Court. (ECF No. 145) In light of this information, the Court hereby instructs Dr. Don Greif to return the overpayment in the amount of $1,360 to the Pro Bono Fund by making a check payable to "Clerk USDC SDNY for the Benefit of the Bench and Bar," and referencing the case number (23-cv-9895) and docket number (ECF No. 145) on the check. The check should be mailed to the following address: 500 Pearl Street, Room 120, New York, New York 10007.

    **SO ORDERED.**

Dated: July 10, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge