```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/9/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARISSA BROWN,

                                           Plaintiff,                                   **ORDER**

                    -against-                                              **23-CV-9895 (PAE)(KHP)**

RICHARD TROVATO,

                                           Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

It has come to the Court's attention that the parties have not complied with Local Rule 56.1 in their briefing on the summary judgment motion currently before the undersigned for a Report and Recommendation.  Compliance with the Local Rule is mandatory unless the Court orders otherwise, and no such order has been issued here.  In fact, in an Order dated June 25, 2025, the Court expressly directed that "[t]he parties shall review local rule 56.1 and comply with it in connection with summary judgment motion."  (ECF No. 144)

Local Rule 56.1 states that "any motion for summary judgment under Fed. R. Civ. P. 56 *must* be accompanied by a *separate, short, and concise statement, in numbered paragraph*s, of the material facts as to which the moving party contends there is no genuine issue to be tried. Failure to submit such a statement may constitute grounds for denial of the motion." (emphasis added).  Additionally, "[t]he papers opposing a motion for summary judgment must include a correspondingly numbered paragraph admitting or denying, and otherwise responding to, each numbered paragraph in the statement of the moving party, and if necessary, additional paragraphs containing a separate, short and concise statement of additional material facts as to

which it is contended that there exists a genuine issue to be tried"[1] Neither Defendant nor

Plaintiff have produced such a statement.

Accordingly, Defendant shall file his Local Rule 56.1 Statement of Material Facts by

**Tuesday, December 16, 2025**.  Plaintiff shall file a responsive Counterstatement of Material

Facts and, if necessary, a standalone Statement of Material Facts by **Tuesday, December 23,**

**2025**.  Defendant's failure to submit the required statement may result in dismissal of the

pending summary judgment motion.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Defendant.**

SO ORDERED.

Dated: December 9, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

---

[1] The Rule may be accessed by visiting the following link:
https://nysd.uscourts.gov/sites/default/files/local_rules/2025-01-02%20Joint%20SDNY-EDNY%20Local%20Rules.pdf

2